NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FRANK MORENO, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7149

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0279, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Frank Moreno, Jr., moves, unopposed, to file a supplement to his informal brief. Moreno also moves to withdraw his informal opening brief submitted on October 10, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

FRANK MORENO, JR. v. SHINSEKI                                    2

1)  The motion to file a supplement is granted and the motion shall be treated as a supplement to Moreno's informal opening brief and transmitted to the merits panel.

2)  The motion to withdraw is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s25